GEORGE A. COE, Respondent, *v.* DAVID BEARUP, Appellant.

(Argued June 27, 1884; decided October 7, 1884.)

*Wayland F. Ford* for appellant.

*David Bearup*, respondent, in person.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.